IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ALEXANDER FONTENOT, on behalf of himself and all others similarly situated, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | NO.   P:20-CV-00033 DC |
| GENESIS PETROLEUM SERVICES, LLC, | § § § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

On July 12, 2022, Plaintiff filed a stipulation purporting to dismiss all claims against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c). (Doc. 26). That stipulation, which is not signed by counsel for Defendant is ineffective under Rule 41(a)(1). But the Court will consider the stipulation as a motion for dismissal pursuant to Rule 41(a)(2) and grant the motion. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the case is **CLOSED**.

It is **ORDERED** that each party bear its own costs.

It is so **ORDERED.**

**SIGNED** this 13th day of July, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE